JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

APR - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY B. TULEY,<br><br>    Petitioner,<br><br>v.<br><br>DEBRA DEXTER, Warden,<br><br>    Respondent. | NO. ED CV 07-1387 CJC (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 1, 2008.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE